Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000245
07-NOV-2022
07:57 AM
Dkt. 43 ODSLJ

NO. CAAP-22-0000245

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DWIGHT J. VICENTE, Claimant-Appellant-Appellant, v.
HILO MEDICAL INVESTORS, LTD., Employer-Appellee-Appellee, and
AMERICAN HOME ASSURANCE COMPANY/AIG CLAIMS SERVICES,
Insurance Carrier-Appellee-Appellee, and JOHN MULLEN & COMPANY,
INC., Insurance-Adjuster-Appellee-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-259(H)(S); DCD NO. 1-87-00882)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Nakasone and Chan, JJ.)

Upon review of the record, it appears that we lack appellate jurisdiction over self-represented Claimant-Appellant-Appellant Dwight J. Vicente's (**Vicente**) appeal from a purported order denying Vicente's motion to continue trial by the Labor and Industrial Relations Appeals Board (**LIRAB**), in Case No. 2015-259(H)(S), because the record on appeal in CAAP-22-0000245 does not include a final decision or order by the LIRAB regarding its review of a June 3, 2015 decision by the Director of the Department of Labor and Industrial Relations regarding Vicente's claim for further workers' compensation benefits for a May 3, 1987 injury.

An aggrieved party may appeal from a final decision and order by the LIRAB directly to this court under Hawaii Revised Statutes (**HRS**) §§ 386-88 (2015) and 91-14 (2012). For purposes of HRS § 91-14(a), "final order" means "an order ending the proceedings, leaving nothing further to be accomplished[;] . . . Consequently, an order is not final if the rights of a party

involved remain undetermined or if the matter is retained for further action."  <u>Bocalbos v. Kapiolani Med. Ctr. for Women & Child.</u>, 89 Hawaiʻi 436, 439, 974 P.2d 1026, 1029 (1999) (cleaned up).

No final judgment has been entered in the underlying proceeding.  Absent an appealable, final decision or order in LIRAB Case No. 2015-259(H)(S), the appeal is premature and we lack jurisdiction.

Therefore, IT IS HEREBY ORDERED that appellate case number CAAP-22-0000245 is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, November 7, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge